# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROCK ROOFING LLC,

    Plaintiff,

v.                                                                   Civ. No. 18-1193 RB/GBW

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendant.

## ORDER DIRECTING DEFENDANT TO PAY SANCTIONS

THIS MATTER is before the Court pursuant to the Court's Sealed Order to Show Cause (*doc. 38*), Plaintiff's Notice of Filing of Attorney-Fee Affidavit (*doc. 42*), and the Court's Order Regarding Objections to Plaintiff's Fee Affidavit (*doc. 43*).

In its Sealed Order to Show Cause, the Court directed Defendant to show cause in writing no later than August 8, 2019, why the Court should not impose sanctions to include a $600 fine and Plaintiff's reasonable attorney's fees and other costs of attending the June 27, 2019 settlement conference. *See doc. 38* at 5. However, the Court further stated that "Defendant need not file a response should it wish to concede the appropriateness of such sanctions." *Id*. Indeed, Defendant filed no response and thus conceded their appropriateness.

Subsequently, Plaintiff filed an affidavit detailing its fees and costs on August 20, 2019, as directed by the Court. *See doc. 42*. On August 21, 2019, the Court issued an

order directing Defendant to file any objections to the reasonableness of Plaintiff's fee affidavit no later than August 27, 2019. *See doc. 43*. Defendant filed no objections thus conceding the reasonableness of the fees and costs sought by Plaintiff.

Therefore, Defendant Travelers Casualty and Surety Company of America is **ORDERED** to pay no later than **September 20, 2019**:

(1) To the Clerk of Court, a fine of $100 per day for each day after the deadline that Defendant's confidential position statement was not provided to the Court, as outlined in the Order Setting Settlement Conference (*doc. 37* at 4), in the total amount of **$600**.

(2) To Plaintiff Rock Roofing LLC, attorney's fees and other costs incurred in attending the settlement conference (*doc. 42*) in the amount of **$6,926.85**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE